# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                 CASE NO.  3:05cr44-01/RV

CARLOS A. JONES

## REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on July 18, 2005

Motion/Pleadings: Motion to Suppress Evidence

Filed by Defendant on 7/18/2005 Doc.# 19

RESPONSES:

                                          on            Doc.#

                                          on            Doc.#

____ Stipulated     ____ Joint Pldg.

____ Unopposed     ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

                                          s/Jerry Marbut

LC (1 OR 2)                           Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 21st day of July, 2005, that:*

*(a) The relief requested is DENIED.*

*(b) See Record of Hearing*

                                            /s/ *Roger Vinson*
                                            *ROGER VINSON*
                            *Senior United States District Judge*