IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                                    Case No. 3:05cr44/RV

**CARLOS A. JONES**
_____/

### FINAL ORDER OF FORFEITURE

WHEREAS, in the Indictment in the above-entitled action, the United States sought forfeiture, <u>inter alia</u>, of all property of the defendant, **CARLOS A. JONES,** pursuant to Title 21, United States Code, Section 853, as property constituting, or derived from, proceeds obtained directly or indirectly from the violations set forth in Count I of said Indictment and/or property used or intended to be used to commit or promote the commission of the offenses set forth in Count I of said Indictment, to wit: that the defendant did possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 841;

AND WHEREAS, on or about July 21, 2005, **CARLOS A. JONES,** entered a plea of guilty to Count I and agreed to the forfeiture set forth in said Indictment with regard to defendant's interest in the specifically below described property;

AND WHEREAS, by virtue of said guilty plea, the United States is now entitled to entry of a final order of forfeiture against all of defendant's interest in said property, pursuant to Title 21,

FILED IN OPEN COURT THIS

_10-4-2005_
CLERK U. S. DISTRICT
COURT, NORTH. DIST. FLA.

United States Code, Section 853 and Rule 32 and 32.2 of the Federal Rules of Criminal Procedure; now wherefore,

IT IS HEREBY ORDERED:

1. That all of defendant **CARLOS A. JONES'** right and interest in the property described below is hereby forfeited to and vested in the United States of America. The property which is subject to forfeiture in this Order is as follows:

   A) 2000 GMC Yukon, bearing VIN: 3GKFK16T3YG133438

   B) 2000 Ford Mustang, bearing VIN: 1FAFP42X8YF237793

   C) 1999 Pontiac Firebird, bearing VIN: 2G2FV22G2X2220688

   D) 1994 Chevrolet 1500 truck, bearing VIN: 1GBDC14K6RZ166806.

2. That the United States is hereby authorized to assume custody and control of the above-described property, to be held by the United States Marshals Service in its secure custody and control. The United States if further authorized dispose of said property in accordance with law or further Order of this Court.

IT IS SO ORDERED this ___ day of October, 2005

ROGER VINSON
UNITED STATES DISTRICT JUDGE