# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

      VS                                  CASE NO.  3:05cr44/RV

CARLOS A. JONES

## REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on __September 5, 2006_____

Motion/Pleadings: __MOTION to set aside Final Order of Forfeiture (document no. 30)_____

Filed by___United States_____ on _08/31/2006_____ Doc.# ____57_____

RESPONSES:

_____ on _____ Doc.# _____

_____ on _____ Doc.# _____

_____ Stipulated       _____ Joint Pldg.

_____ Unopposed     _____ Consented

                             WILLIAM M. McCOOL, CLERK OF COURT

_____               _____s/Jerry Marbut_____

LC (1 OR 2)                Deputy Clerk: Jerry Marbut

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this __5th__ day of __September_____, 2006, that:*

*(a) The relief requested is GRANTED.*

*(b) The Order of Forfeiture (doc. 30) is vacated and set aside.*

_____

_____

                   _/s/ Roger Vinson_____

                       *ROGER VINSON*

              *Senior United States District Judge*